<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1381**

_____

DONALD DICKENS,

              Plaintiff - Appellant,

        v.

WERNER ENTERPRISES, INC.,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.   Irene M. Keeley, District Judge.  (1:12-cv-00076-IMK-JSK)

_____

Submitted:  August 20, 2014          Decided:  August 26, 2014

_____

Before MOTZ and GREGORY, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Donald Dickens, Appellant Pro Se.   Frank Marc Gianola, Aaron M. Ponzo, Christopher Thomas Sasada, Timothy Richard Smith, PION JOHNSTON NERONE GIRMAN CLEMENTS & SMITH, Pittsburgh, Pennsylvania, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Dickens appeals the district court's order granting Werner Enterprises, Inc.'s motion for summary judgment on his libel and tortious interference claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dickens v. Werner Enterprises, Inc., No. 1:12-cv-00076-IMK-JSK (N.D. W. Va. Mar. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED